RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/1/16
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SILENTOE K. FOSTER | DOCKET NO. 15-CV-2607 |
| VERSUS | JUDGE TRIMBLE |
| UNITED STATES POSTAL SERVICE | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED AND DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 1st day of April, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE